UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff,**<br><br>vs.<br><br>**IVAN IMES,**<br><br>    **Defendant.** | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT 29 2024 12:44 P

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about April 20, 2024, in the Southern District of Ohio, the defendant, **IVAN IMES**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one American Tactical, Model Firefly GSG, .22 caliber pistol, bearing serial number F514908, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### COUNT TWO
### (Felon in Possession of a Firearm)

2. On or about May 13, 2024, in the Southern District of Ohio, the defendant, **IVAN IMES**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock, Model 43, 9mm pistol,

bearing serial number AGWL712, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

3. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **IVAN IMES**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to:

- one American Tactical, Model Firefly GSG, 22 caliber pistol, bearing serial number F514908;
- Glock, Model 43, 9mm pistol, SN: AGWL712; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**